NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE IPCOM GMBH & CO., KG,**
*Petitioner.*

---

Miscellaneous Docket No. 972

---

On Petition for Writ of Mandamus to the United States District Court for the District of Columbia in case no. 08-CV-1897, Judge Rosemary M. Collyer.

---

**ON MOTION**

---

Before FRIEDMAN, *Circuit Judge.*

## ORDER

Deutscher Anwaltverein moves for leave to file a brief amicus curiae and a corresponding appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

<u>DEC 2 2 2010</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: A. James Isbester, Esq.
Michael Oblon, Esq.
Mitchell G. Stockwell, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 2 2010

JAN HORBALY
CLERK